IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN CAMPBELL ARTHUR,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1123

Opinion filed June 7, 2016.

Petition Seeking Belated Appeal -- Original Jurisdiction.

John Campbell Arthur, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition seeking a belated appeal of the order rendered December 2, 2013, denying petitioner's motion for postconviction relief in Okaloosa County Circuit Court case numbers 09-CF-1472 and 10-CF-1245, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.